

February 2, 2023         000001



#BWNKPXF
JOSIAH C. SELL, CLERK OF COURT
U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
2 SOUTH MAIN STREET
AKRON, OH 44308

FILED
2023 FEB 13 AM 8:51
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Re: Sarah D. Donohue v Great Lakes Educational Loan Services Inc. (GLELSI)
Adversary Case No.: 23-05005
U.S. Bankruptcy Court for the Northern District of Ohio

(22-51468)

Dear Josiah Sell,

Debtor Sarah Donohue has filed an adversary proceeding against Great Lakes Educational Loan Services, Inc. ("GLELSI"), Ms. Donohue's student loan servicer. GLELSI sent Ms. Donohue's attorney, Wayne Sarna, the attached letter asking that they to voluntarily dismiss their complaint against GLELSI since GLELSI is not a proper party to this adversary proceeding.

As GLELSI explained to Mr. Sarna, it does not own Ms. Donohue's loan(s); the U.S. Department of Education does. Since GLELSI does not own Ms. Donohue's loan(s), a discharge order against it will have no effect: it does not have any loan(s) to discharge. In order for Ms. Donohue to get their loan(s) discharged, the proper party of interest is the lender – in this case, the U.S. Department of Education.

Since GLELSI is not a proper party to this action, and in anticipation of Mr. Sarna's response to its letter, GLELSI does not plan on filing anything in this case at this time, absent an order or some other direction from the court seeking a response.

Please send any such direction to either Jackie Schwartz or Patricia Wheeler at the address listed below:

2401 International Lane
Madison, WI 53704

Thank you for your attention to this matter.

Sincerely,

Great Lakes Educational Loan Services, Inc.

Enclosure(s)



cc: Wayne Sarna (w/ Enclosure, via U.S. Mail or Email)
U.S. Department of Education (w/ Enclosure, via email, FSAbankruptcy@ed.gov)

February 2, 2023

WAYNE W. SARNA
OHIO ONE BLDG
25 E. BOARDMAN STREET, STE 520
YOUNGSTOWN, OH 44503

Re: Sarah D. Donohue v Great Lakes Educational Loan Services Inc. (GLELSI)
Adversary Case No.: 23-05005
U.S. Bankruptcy Court for the Northern District of Ohio

Dear Mr. Sarna,

We received the Adversary Summons and Complaint in the above-entitled matter.

We are writing to request that you voluntarily dismiss the action against Great Lakes Educational Loan Services Inc. (GLELSI) because GLELSI is not a proper party to this adversary action.

GLELSI is Sarah Donohue's student loan servicer. GLELSI does not own Ms. Donohue's loan(s). It provides account management services on behalf of the lender – the U.S. Department of Education, who is a named Defendant in this action. Service should be to the Department of Education, 400 Maryland Avenue SW., Washington, DC 20202.

Since GLELSI does not own the loan(s), a discharge order against it will have no effect: GLELSI does not have any loan(s) to discharge.

Please direct questions via email to Jackie Schwartz at jschwartz@glhec.org or Patricia Wheeler at pwheeler@glhec.org.

Thank you for your attention to this matter.

Sincerely,

Great Lakes Educational Loan Services Inc.

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. | MYGREATLAKES.ORG
2401 INTERNATIONAL LANE | MADISON, WI 53704-3192