This document was signed electronically on April 30, 2023, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 30, 2023**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 22-51468 |
| | ) |
| SARAH DONOHUE, | ) ADVERSARY PROCEEDING NO. 23-05005 |
| | ) |
| Debtor, | ) CHAPTER 7 |
| | ) |
| | ) JUDGE ALAN M. KOSCHIK |
| | ) |
| SARAH DONOHUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

WHEREAS, on December 13, 2022, Sarah Donohue (the "Plaintiff" or the "Debtor") commenced the above-captioned bankruptcy case by filing a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and

**WHEREAS**, the Debtor commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the U.S. Department of Education by filing the *Complaint to Determine Discharge of Student Loans*, *see* Adv. Pro. ECF No. 1 (the "Complaint"); and

**WHEREAS**, on March 3, 2023, the United States Department of Education (the "Defendant" or "Education,") filed an Answer, *see* Ad. Pro. ECF No. 9, asserting, among other things, that it was the proper defendant; and

**WHEREAS**, by the Complaint, the Plaintiff seeks to discharge, pursuant to 11 U.S.C. 523(a)(8), certain student loan debt identified on Education's Certificate of Indebtedness filed in this matter (the "Student Loan Debt"); and

**WHEREAS**, in February 2023, the Plaintiff, pursuant to the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, submitted to Education an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans (the "Attestation"); and

**WHEREAS**, after reviewing the Attestation, Education agrees that the Court should discharge, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt; and

**WHEREAS**, the Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Consent Judgment.

**NOW, THEREFORE**, upon consideration of the Complaint and the stipulations contained herein, as well as the consent of the parties as evidenced by the endorsement below of the parties or their counsel, it is, by the United States Bankruptcy Court for the Northern District of Ohio:

**ORDERED**, that, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt is hereby

**DISCHARGED**

Dated: April 17, 2023

UNITED STATES ATTORNEY'S OFFICE
FOR THE NORTHERN DISTRICT OF OHIO

/s/Suzana K. Koch
Suzana K. Koch (OH: 0073743)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3748
(216) 522-4982 (facsimile)
Suzana.Koch@usdoj.gov

Attorney for Dept. of Education

s/ [signature]
Wayne W. Sarna (#0019546)
Community Legal Aid Services
25 E. Boardman Street, Ste. 520
Youngstown, Ohio 44503
(330) 9834-2597
(330) 744-2503 – (fascimilie)
wsarna@communitylegalaid.org

Attorney for Debtor

###

## SERVICE INSTRUCTIONS TO THE CLERK

Please serve the following with copies of the foregoing Order, via the court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the court's Electronic Mail Notice List:

Wayne Sarna on behalf of Debtor, Sarah Donohue at wsarna@communitylegalaid.org
Suzana Koch on behalf of Department of Education at suzana.koch@usdoj.gov